# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

In Re: Oscar Stilley,

Case Number: 08-AP-1-CVE
Proceeding: Attorney Disciplinary Hearing
Date: 2-26-2009
Court Time: 10:30 a.m.

**MINUTE SHEET**

| | | |
|---|---|---|
| Terence Kern, U.S. District Judge | C. Smith, Deputy Clerk | Terri Beeler, Reporter |
| Gregory Frizzell, U.S. District Judge | | |
| James Payne, U.S. District Judge | | |

Minutes: Hearing held as to issue of Mr. Stilley's lack of due process and the length of reciprocal discipline in this court.  Argument presented to Three-Judge Panel and issues taken under advisement.  Mr. Stilley's Motion to Unseal Case taken under advisement as well.

Court Time

10:30 - 11:55